# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| CRAIG MOGLER<br><br>Plaintiff,<br><br>vs.<br><br>ABBVIE INC., ET AL.<br><br>Defendants. | Civil Action No.: 1:15-cv-02431<br><br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff and counsel for Defendants that Plaintiff claims against Defendants Abbvie Inc. and Abbott Laboratories are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41.

Date: August 21, 2015

Respectfully submitted,

| | |
|---|---|
| MATTHEWS & ASSOCIATES | DECHERT LLP |
| | |
|  /s/ Rachal G. Rojas     |   /s/ Christopher R. Boisvert    |
| DAVID P. MATTHEWS | CHRISTOPHER R. BOISVERT |
| STEVE FARIES | Cira Centre |
| LIZY SANTIAGO | 2929 Arch Street |
| RACHAL G. ROJAS | Philadelphia, PA 19104-2808 |
| 2905 Sackett St. | 215.944.4000 |
| Houston, TX 77098 | 215.994.2222 |
| 713.222.8080 | chip.boisvert@dechert.com |
| 713.535.7184 – facsimile | |
| dmatthews@dpmlawfirm.com | |
| sfaries@dpmlawfirm.com | |
| lsantiago@dpmlawfirm.com | **ATTORNEY FOR DEFENDANTS** |
| rrojas@dpmlawfirm.com | **ABBVIE INC. AND ABBOTT LABORATORIES** |
| **ATTORNEYS FOR PLAINTIFF** | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2015, the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

   /s/ Rachal G. Rojas     
Rachal G. Rojas