IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| CRAIG MOGLER<br><br>    Plaintiff,<br><br>    vs.<br><br>ABBVIE INC., ET AL.<br><br>    Defendants. | Civil Action No.:  1:15-cv-02431<br><br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff and counsel for Defendants that Plaintiff claims against ALL DEFENDANTS are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41., subject to the following conditions:

    1.    Plaintiff moves to dismiss all claims against Defendants;

    2.    Plaintiff has not previously dismissed an action based on or including the same claims as those present in this case;

    3.    Should Plaintiff or a representative of Plaintiff attempt to re-file or assert any of the same or similar claims against Defendants (or any individual or entity related to Defendants) in another action, they shall: (a) do so only by filing said claims in federal court, (b) not name any defendant(s) who would destroy the federal court's diversity jurisdiction, and (c) not oppose transfer to this MDL No. 2545.

Date:    September 18, 2015

Respectfully submitted,

| | |
|---|---|
| */s/ Rachal G. Rojas* | */s/        K.C. Green* |
| David P. Matthews | Joseph P. Thomas, Esq. |
| Steve Faries | Jeffrey F. Peck |
| Lizy Santiago | K.C. Green |
| Rachal G. Rojas, Esq. | Jeffrey D. Geoppinger, Esq. |
| MATTHEWS & ASSOCIATES | ULMER & BERNE LLP |
| 2905 Sackett Street | 600 Vine Street, Suite 2800 |
| Houston, TX 77098 | Cincinnati, OH  45202 |
| (713) 222-8080 | (513) 698-5000 |
| (713) 535-7184 FAX | (513) 698-5001 FAX |
| dmatthews@dpmlawfirm.com | jthomas@ulmer.com |
| sfaries@dpmlawfirm.com | jpeck@ulmer.com |
| lsantiago@dpmlawfirm.com | kcgreen@ulmer.com |
| rrojas@dpmlawfirm.com | jgeoppinger@ulmer.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Actavis, Inc.; Actavis Pharma, Inc.; and Watson Laboratories, Inc., a Nevada corporation* |
| | |
| */s/ Christopher R. Boisvert* |  /s/ *Cara D. Edwards*_____ |
| Christopher R. Boisvert | Loren H. Brown |
| DECHERT LLP | Cara D. Edwards |
| Cira Centre | DLA Piper LLP |
| 2929 Arch Street | 1251 Avenue of the Americas, 27th Floor |
| Philadelphia, PA 19104-2808 | New York, New York 10020-1104 |
| (215) 944-4000 | United States |
| (215) 994-2222 | |
| chip.boisvert@dechert.com | Matthew  A.  Holian |
| | Jessica C. Wilson |
| ***Attorneys for Defendants AbbVie Inc. and Abbott Laboratories*** | 33 Arch Street, 26th Floor |
| | Boston,  MA 02110 |
| | (617)   406-6009 |
| | matt.holian@dlapiper.com |
| | jessica.wilson@dlapiper.com |
| | |
| | ***Attorneys for Defendants Pfizer, Inc. and Pharmacia & Upjohn Company Inc.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2015, the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

                                                    /s/ Rachal G. Rojas
                                                  Rachal G. Rojas